# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 09, 2019

SEAN F. McAVOY, CLERK

KURT BRODERICK LEPPERT,

)
)
| *Plaintiff* | )
v. | )
STATE OF WASHINGTON, | )
| )

Civil Action No.   2:19-cv-00162-SMJ

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other: Petition (ECF No. 1) is DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the
United States District Courts. All pending motions are DENIED AS MOOT.
The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in
good faith and there is no basis upon which to issue a certificate of appealability. See 28 U.S.C. § 2253(c);
Fed. R. App. P. 22(b). A certificate of appealability is therefore DENIED.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   SALVADOR MENDOZA, JR. _____ .

Date:  07/09/2019 _____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates